IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-00674

**ANNE FRANKOVICH**,

    Plaintiff,

v.

**WALMART, Incorporated, a corporation; and ABC Corporation, an unknown corporation**,

    Defendants.

## DEFENDANT WALMART'S NOTICE OF REMOVAL

TO:    PLAINTIFF AND HER ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Defendant Walmart, by and through its counsel, Ashley R. Larson and Cara M. Knight, of Sutton | Booker | P.C., and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, Fed. R. Civ. P. 81(c), and D.C.Colo.LCivR 81.1, hereby submits this Notice of Removal as follows:

### INTRODUCTION AND BASIS FOR REMOVAL

1.    On or about December 21, 2021, Plaintiff, Anne Frankovich ("Ms. Frankovich") filed her Complaint and Jury Demand in Boulder County District Court, Colorado, Case No. 2021CV30964. The Complaint seeks recovery of damages as to Walmart based on allegations of premises liability, negligence, negligent training and supervision and negligence per se. *See generally* Plaintiff's Complaint and Jury Demand, **Exhibit A**.

2.    Any civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United

States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a). The district courts of the United States have original jurisdiction of all actions between the citizens of different states when the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

3. The present action is between citizens of different states. Upon information and belief, Ms. Frankovich is a citizen of the State of Colorado. *See* **Exhibit A** at ¶ 1. According to Thompson Reuters PeopleMap Reports dated February 21, 2022, Plaintiff has an address of 183-7 E. Lake Avenue, Aurora, Colorado 80016, registered two vehicles in Colorado, and owns property in Denver, Colorado[1]. Defendant Walmart is a citizen of the state of Arkansas and the state of Delaware. *See* Documents on File with Colorado Secretary of State, **Exhibit B;** *see also* **Exhibit A** at ¶ 2. ABC corporation is a fictitious defendant. Pursuant to 28 U.S.C. § 1441(b) the citizenship of defendants sued under fictitious names shall be disregarded when determining whether a civil action is removable on the basis of jurisdiction. 28 U.S.C. § 1441(b). *See also*, *Australian Gold, Inc. v. Hatfield*, 436 F.3d 1128, 1234-1235 (10th Cir. 2006).

4. The amount in controversy exceeds $75,000. According to correspondence received from Plaintiff as of February 2022, Plaintiff will allege she incurred approximately $200,000 in past medical expenses and past lost earnings of $195,000 due to the incident. *See also* **Exhibit C**, Plaintiff's District Court Civil Cover Sheet (showing she seeks more than $100,000 in damages); *see also Paros Properties LLC v. Colorado Cas. Ins. Co*., 835 F.3d 1264, 1272 (10th Cir. 2016) ("There is no ambiguity in the [Civil Case] cover sheet.").

---

[1] Full reports in possession of undersigned.

5. Therefore, as the diversity of citizenship and amount in controversy requirements have been met, this Court has original jurisdiction of this matter. Accordingly, Plaintiff's action is properly removable to this Court pursuant to 28 U.S.C. § 1441(a).

6. This Notice of Removal is timely under 28 U.S.C. §1446(b). Walmart has thirty (30) days from the date it was served with Plaintiff's Complaint to file its Notice of Removal. Walmart was served with Plaintiff's Complaint and Jury Demand in this matter on February 18, 2022. *See* **Exhibit D**. Thus, Walmart's Notice of Removal is due March 20, 2022.

## COMPLIANCE WITH PROCEDURAL REQUIREMENTS

7. A copy of all process, pleadings, and orders that were served by the parties are attached and captioned as follows:

**Exhibit A**   Complaint and Jury Demand;

**Exhibit C**   District Court Civil (CV) Case Cover Sheet for Initial Pleading of Complaint, Counterclaim, Cross-Claim or Third Party Complaint;

**Exhibit D**   Return of Service.

**Exhibit F**   Summons to Walmart

**Exhibit H**   Walmart's Motion for Extension of Time to Respond to Plaintiff's Complaint

**Exhibit I**   Proposed Order re: Walmart's Motion for Extension of Time to Respond to Plaintiff's Complaint

**Exhibit J**   Order Granting Walmart's Motion for Extension of Time to Respond to Plaintiff's Complaint

No trial, hearings, or other proceedings are currently scheduled in the District Court for the County of Boulder.

9. A copy of this Notice of Removal will be promptly filed with the Clerk of Court for the County of Boulder in Civil Action No. 2021CV30964. *See* **Exhibit E.** Also, pursuant to U.S.C. § 1446(d), undersigned counsel will promptly provide this Notice of Removal to Plaintiff's counsel.

10. The register of actions is attached as **Exhibit G**.

WHEREFORE, Defendant, Walmart Inc., respectfully requests that this case be removed from the District Court for the County of Boulder, that this Court take jurisdiction of and enter such further orders as may be necessary and proper for the continuation of this action, and that the Defendant be afforded such further relief as this Court deems just and appropriate.

Respectfully submitted this 18th day of March 2022.

> */s/   Ashley R. Larson*
> Ashley R. Larson
> Cara M. Knight
> Sutton | Booker P.C.
> 4949 S. Syracuse, Suite 500
> Denver, Colorado 80237
> Telephone:  303-730-6204
> Facsimile:   303-730-6208
> E-Mail:  alarson@suttonbooker.com
> ***Attorneys for Defendant, Walmart***

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March 2022, I electronically filed a true and correct copy of the above and foregoing Defendant's Notice of Removal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Chris Parrish
Reid Jennings
Parrish & Jennings, LLC
300 Plaza Drive, Suite 195
Littleton CO  80129

*/s/   Krystle L. Young*
*A duly signed original is on file at*
*Sutton | Booker | P.C.*